THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
DANIEL S. GOODMAN (Cal. SBN 126728)
Assistant United States Attorney
Deputy Chief, Criminal Division
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California  90012
     Telephone:  (213) 894-4667
     Facsimile:  (213) 894-6436
     E-Mail: daniel.goodman@usdoj.gov

Attorneys for Complainant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>ARTURO VARGAS GUTIERREZ,<br>  aka "Gilberto Arturo Vargas<br>    Gutierrez,"<br>  aka "El Cholo,"<br><br>A Fugitive from the<br>Government of Mexico. | NO. 09-0676M<br><br>O R D E R<br><br>(<u>UNDER SEAL</u>) |

BEFORE ME, a United States Magistrate Judge for the Central District of California, the complainant herein, Daniel S. Goodman, an Assistant United States Attorney for the Central District of California, personally appeared on the 6th day of April, 2009, and being duly sworn, deposed and stated on information and belief that the facts contained in the complaint for an arrest warrant are true.

IT IS HEREBY ORDERED, based on probable cause, that a warrant for the arrest of Arturo Vargas Gutierrez may issue, pursuant to the extradition treaty between the United States of

America and Mexico, the Mexican extradition request, and 18 U.S.C. § 3184.

DATED: This 6th day of April, 2009.

_Alicia G. Rosenberg_
UNITED STATES MAGISTRATE JUDGE

Presented by:

_Daniel S. Goodman_
DANIEL S. GOODMAN
Assistant United States Attorney